UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IAN WINDLEY,

                       Plaintiff,              ORDER

v.

                                         7:19-cv-4858-(PMH)

WESTCHESTER COUNTY, et al.,

                       Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

This matter has recently been reassigned to me.  The Court has reviewed Defendant's pre-motion letter request dated October 8, 2019 (Doc. 21) and grants the Defendant's request to file a motion to dismiss.  The Court directs the following briefing schedule: Defendant's motion to dismiss shall be served and filed on or before May 11, 2020; Plaintiff's opposition thereto shall be served and filed on or before May 25, 2020; and Defendant's reply shall be served and filed on or before June 1, 2020.  Any request for an extension must comply with Rule 1(C) of my Individual Practices.  Defendants are directed to mail a copy of this order to pro se Plaintiff and to file proof of service on the docket.


Dated: New York, New York
       April 6, 2020

                                 _____
                                 Philip M. Halpern
                                 United States District Judge