UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IAN WINDLEY,

                        Plaintiff,                    **ORDER**

v.

                                                                19-CV-4858 (PMH)

WESTCHESTER COUNTY, et al.,

                        Defendants.
------------------------------------------------------------X

        On May 11, 2020, Defendants moved to dismiss Plaintiff's Complaint. (Doc. 26). Plaintiff's opposition was due May 25, 2020. (*See* Doc. 24). To date, Plaintiff has not filed an opposition to Defendants' motion or sought an extension of time to oppose.

        The Court *sua sponte* extends plaintiff's time to oppose Defendants' motion to dismiss to July 23, 2020. Defendants' reply, if any, is due July 30, 2020.

        **If plaintiff fails to file his opposition by July 23, 2020, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

        Defendants are instructed to mail a copy of this Order to plaintiff at the address on the docket and provide proof of service on the docket by June 26, 2020.

Dated: New York, New York
           June 23, 2020

                                                            SO ORDERED:

                                                             _____
                                                             Philip M. Halpern
                                                             United States District Judge