UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IAN WINDLEY,

                Plaintiff,

-against-                                      19 **CIVIL** 4858 (PMH)

## **JUDGMENT**

WESTCHESTER COUNTY, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 27, 2021, Defendants' motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint... leave to amend is not necessary when it would be futile." Reed v. Friedman Mgt. Corp., 541 F. Appx 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Plaintiff's Complaint is dismissed with prejudice as any amendment would be futile; accordingly, this case is closed.

**Dated:** New York, New York

        January 28, 2021

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                           **BY:**

                                                         **Deputy Clerk**